# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HANSEN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-00759-SKO PC<br><br>ORDER DENYING MOTION SEEKING LEAVE TO HAVE TRIAL WITNESSES TESTIFY VIA DECLARATION<br><br>(Doc. 20) |

    Plaintiff Thomas John Carlson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010. On June 29, 2012, Plaintiff filed a motion seeking leave to have his trial witnesses testify via declaration.

    This action has not yet been set for trial and Plaintiff's second amended complaint, filed on May 24, 2012, is still pending screening. 28 U.S.C. § 1915A. Therefore, any trial motions are premature at this juncture. In addition, Plaintiff's indigency does not provide a basis upon which to allow trial testimony via declaration. See 28 U.S.C. § 1915; Fed. R. Civ. P. 43(a); Fed. R. Evid. 804.

    Based on the foregoing, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   July 3, 2012                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE