# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HANSEN, et al.,<br><br>    Defendants. | CASE NO. 1:10-cv-00759-LJO-SKO PC<br><br>ORDER STRIKING DUPLICATIVE FILINGS<br><br>(Docs. 47 and 48) |

    Plaintiff Thomas John Carlson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010. On June 6, 2013, Plaintiff filed a motion and proposed third amended complaint which are duplicative of his May 28, 2013, filings.

    Accordingly, the duplicative filings of June 6, 2013, are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 10, 2013**              /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE