# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. HANSEN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-00759-LJO-SKO (PC)<br><br>ORDER GRANTING MOTION AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF DOCKET<br><br>(Doc. 67) |

On March 26, 2014, Plaintiff filed a motion seeking clarification regarding the status of this case. While the Court cannot advise Plaintiff regarding the litigation of this case, as requested in part, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a courtesy copy of the docket.[1]

IT IS SO ORDERED.

　　Dated:　**July 8, 2014**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the Court's order filed on December 20, 2013, if Judge O'Neill adopts the findings and recommendation to deny Defendants' motion to dismiss, the Court will issue a new scheduling order.