1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| THOMAS JOHN CARLSON, | Case No. 1:10-cv-00759-LJO-SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING |
| v. | DEFENDANTS' MOTION TO DISMISS STATE CLAIM CLAIMS AS BARRED BY |
| R. HANSEN, et al., | STATUTE OF LIMITATIONS, AND REQUIRING DEFENDANTS TO FILE |
| Defendants. | ANSWER WITHIN TWENTY DAYS |
| | (Docs. 62, 65, 66, and 73) |
| _____/ | |

17

18

19

20

21

22

23

24

Plaintiff Thomas John Carlson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010.  This action is proceeding on Plaintiff's third amended complaint, filed on November 6, 2013, against Defendants Worth, Newton, Rodriquez, Vega, Monroy, Angulo, Madrid, O'Brien, Abraham, Alvarado, Chan, Garza, Ikeni, McCave, and Villa ("Defendants") for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution.  The Court also has supplemental jurisdiction over Plaintiff's state law claims for negligence and/or violation of Cal. Gov't Code § 845.6.  28 U.S.C. § 1367(a).

25

26

27

28

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 8, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that

1  Objections to the Findings and Recommendations were to be filed within fifteen days.   No

2  Objections were filed.

3         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

4  *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

5  and Recommendations to be supported by the record and by proper analysis.

6         Accordingly, IT IS HEREBY ORDERED that:

7         1.      The Findings and Recommendations, filed on July 8, 2014, is adopted in full;

8         2.      Defendants' motion to dismiss Plaintiff's state law claims as barred by the statute

9  of limitations, filed on January 15, 2014, is DENIED, without prejudice; and

10        3.      Defendants shall file an answer to Plaintiff's third amended complaint within

11 **twenty (20) days** from the date of service of this order.

12

13 IT IS SO ORDERED.

14    Dated:    **August 3, 2014**                            **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 2