# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>    Plaintiff,<br><br>  v.<br><br>R. HANSEN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-00759-LJO-SKO (PC)<br><br>ORDER STRIKING REPLY TO ANSWER<br><br>(Doc. 82) |

On September 15, 2014, Plaintiff Thomas John Carlson, a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983, filed a reply to Defendants Worth, Newton, Rodriquez, Vega, Monroy, Angulo, Madrid, O'Brien, Abraham, Alvarado, Chan, Garza, Ikeni, McCave, and Villa's answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's reply to Defendants' answer, filed on September 15, 2014, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **September 22, 2014**          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE