1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

THOMAS JOHN CARLSON,

11

      Plaintiff,

12

   v.

13

R. HANSEN, et al.,

14

      Defendants.

_____/

15

Case No. 1:10-cv-00759-LJO-SKO (PC)

ORDER DISMISSING CLAIMS AGAINST DEFENDANTS MCCAVE, O'BRIEN, AND GARZA, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION

(Docs. 87-89)

16

     Plaintiff Thomas John Carlson, a state prisoner proceeding pro se and in forma pauperis,

17

filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010.  This action is

18

proceeding on Plaintiff's third amended complaint, filed on November 6, 2013, against fifteen

19

defendants, all of whom have appeared.  On December 4, 2014, the parties filed a stipulation to

20

dismiss the claims against Defendants McCave, O'Brien, and Garza, with prejudice.  Fed. R. Civ.

21

P. 41(a)(1)(A)(ii).  Accordingly, pursuant to the parties' stipulation, the claims against Defendants

22

McCave, O'Brien, and Garza are DISMISSED with prejudice, and each party shall bear his or her

23

own litigation costs and attorney's fees. *Id.*

IT IS SO ORDERED.

24

25

Dated:  __**December 6, 2014**__       ____**/s/ Lawrence J. O'Neill**____

                                UNITED STATES DISTRICT JUDGE

26

27

28