# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. HANSEN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-00759-LJO-SKO (PC)<br><br>ORDER DISMISSING CLAIM AGAINST DEFENDANT IKENI, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>(Doc. 91) |

Plaintiff Thomas John Carlson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010. This action is proceeding on Plaintiff's third amended complaint, filed on November 6, 2013, against twelve defendants, all of whom have appeared. On December 23, 2014, the parties filed a stipulation to dismiss the claim against Defendant Ikeni, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' stipulation, the claim against Defendant Ikeni is DISMISSED with prejudice, and each party shall bear his own litigation costs and attorney's fees. *Id.*

IT IS SO ORDERED.

Dated:　**January 6, 2015**　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE