UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>R. HANSEN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00759-LJO-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE THOMAS CARLSON, CDCR # P-16054<br><br>DATE: 04/02/2015<br>TIME: 9:00 a.m.<br>COURTROOM: 25 (KJN) |

   Inmate Thomas John Carlson, CDCR # P-16054, a necessary and material witness on his own behalf in proceedings in this case on 04/02/2015, is confined at California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California, 95814, on Thursday, April 2, 2015, at 9:00 a.m.

   **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of CMF, 1600 California Dr., Vacaville, California, 95696:**

   **WE COMMAND** you to produce the inmate named above to appear before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

   Dated:   **March 3, 2015**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE