# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN CARLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. HANSEN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-00759-LJO-SKO (PC)<br><br>ORDER (1) DISMISSING ACTION PURSUANT TO STIPULATIONS OF VOLUNTARY DISMISSAL, WITH PREJUDICE, (2) DIRECTING CLERK OF COURT TO CLOSE CASE, AND (3) RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT PENDING FULFILLMENT OF TERMS AND RECEIPT OF DECLARATION ATTESTING TO FULFILLMENT OF TERMS<br><br>(Docs. 96 and 97) |

　　　　Plaintiff Thomas John Carlson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 30, 2010.  This action is currently proceeding on Plaintiff's third amended complaint, filed on November 6, 2013, against Defendants Worth, Newton, Rodriquez, Vega, Monroy, Angulo, Madrid, Abraham, Alvarado, Chan, and Villa.

　　　　On April 2, 2015, Plaintiff and Defendants Worth, Newton, Rodriquez, Vega, Monroy, Abraham, Alvarado, Chan, and Villa reached a monetary settlement agreement, and the settlement agreement was placed on the record by United States Magistrate Judge Kendall J. Newman, who conducted the settlement conference.  The Court shall retain jurisdiction to enforce the settlement agreement until such time as Defendants' Worth, Newton, Rodriquez, Vega, Monroy, Abraham,

Alvarado, Chan, and Villa's counsel files a declaration stating that the terms of the settlement have been fulfilled. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 378, 114 S.Ct. 1673 (1994); *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1017 (9th Cir. 2007); *Ortolf v. Silver Bar Mines, Inc.*, 111 F.3d 85, 87-88 (9th Cir. 1997); *Hagestad v. Tragesser*, 49 F.3d 1430, 1433 (9th Cir. 1995).

Pursuant to Judge Newman's order, on April 20, 2015, Plaintiff and Defendants Worth, Newton, Rodriquez, Vega, Monroy, Abraham, Alvarado, Chan, and Villa filed a signed stipulation to voluntarily dismiss this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). On the same date, Plaintiff and the remaining two defendants, Angulo and Madrid, filed a signed stipulation to voluntarily dismiss this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

According, it is HEREBY ORDERED that (1) this action is dismissed, with prejudice, pursuant to the parties' stipulation of dismissal, (2) the Clerk of the Court shall close this case, and (3) the Court shall retain jurisdiction to enforce the settlement agreement until such time as Defendants Worth, Newton, Rodriquez, Vega, Monroy, Abraham, Alvarado, Chan, and Villa's counsel files a declaration stating that the terms of the settlement have been fulfilled. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:   **April 21, 2015**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE